IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON MILLER**                                                                                          **PLAINTIFF**

V.                                          NO. 4:22-cv-00358-BRW-ERE

**FAULKNER COUNTY DETENTION CENTER**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this  28th  day of   June       , 2022.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE